IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff-Respondent, | § | |
| | § | |
| v. | § | Cr. No. C-04-154 |
| | § | Civ. No. C-05-414 |
| JOSE D. GOMEZ, | § | |
| | § | |
| Defendant-Movant. | § | |

## FINAL JUDGMENT

The Court enters final judgment denying defendant Jose D. Gomez's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

ORDERED this 19th day of September 2005.

_____
Janis Graham Jack
United States District Judge